UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CARL ROBERTS,

        Plaintiff,

v.                                               Case No. 09-C-257

NATIONWIDE CREDIT, INC.,

        Defendant.

---

**ORDER**

---

      Based on this Court's entry of the stipulation of the parties, the motion to dismiss count six of the complaint is denied as moot. The clerk shall put the case on for a scheduling conference.

      **SO ORDERED** this   30th   day of June, 2009.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge